IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00834-BNB

HECTOR MARTINEZ JIMENEZ,

Applicant,

v.

CODOC MR. MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 3 2008

GREGORY C. LANGHAM
CLERK

---

ORDER TO FILE PRE-ANSWER RESPONSE

---

Applicant, Hector Martinez Jimenez, is a prisoner in the custody of the Colorado Department of Corrections who currently is confined at the Sterling, Colorado, Correctional Facility. He has filed *pro se* an amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

The Court notes that in the Application Mr. Jimenez also names the People of the State of Colorado as a Respondent. Because the law is well-established that the only proper respondent to a habeas corpus action is the habeas applicant's custodian, *see* 28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; and **Harris v. Champion**, 51 F.3d 901, 906 (10th Cir. 1995), the caption of this Order only lists Mr. Milyard and the Attorney General of the State of Colorado as Respondents. *See also* Rule 2(b) of Section 2254 Rules.

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in this case and pursuant to **Denson v. Abbott**, –

F. Supp. 2d –, 2008 WL 1970935 (D. Colo. 2008), the Court has determined that a limited Pre-Answer Response is appropriate. Respondents are directed pursuant to Rule 4 of the Section 2254 Rules to file a Pre-Answer Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). If Respondents do not intend to raise either of these affirmative defenses, they must notify the Court of that decision in the Pre-Answer Response. Respondents may not file a dispositive motion as their Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Pre-Answer Response, Respondents should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court. Accordingly, it is

ORDERED that the only proper Respondents for the purpose of service are Mr. Milyard and the Attorney General of the State of Colorado. It is

FURTHER ORDERED that **within twenty (20) days from the date of this Order** Respondents shall file a Pre-Answer Response that complies with this Order. It is

FURTHER ORDERED that **within twenty (20) days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they must notify the Court of that decision in the Pre-Answer Response.

DATED June 3, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00834-BNB

Hector Hugo Martinez Jimenez
Prisoner No. 106871
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Mr. Milyard
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Mr. Milyard; and to John Suthers: AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS FILED 05/20/08 on 6/3/08 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk